```
                    UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF WASHINGTON
                             AT SEATTLE

UNITED STATES OF AMERICA,        )
                                 )   CASE NO. MJ23-110
        Plaintiff,               )
                                 )
        v.                       )
                                 )   DETENTION ORDER
ROBERTO ANGEL CHAVEZ,            )
                                 )
        Defendant.               )
                                 )
```

<u>Offenses charged</u>:

1. Possession of Controlled Substances with Intent to Distribute

2. Unlawful Possession of a Firearm

<u>Date of Detention Hearing</u>:   March 7, 2023.

The Court, having conducted a detention hearing pursuant to 18 U.S.C. §3142(f) and based upon the factual findings and statement of reasons for detention hereafter set forth, finds that no condition or combination of conditions which defendant can meet will reasonably assure the appearance of defendant as required and the safety of other persons and the community.

DETENTION ORDER
PAGE -1

FINDINGS OF FACT AND STATEMENT OF REASONS FOR DETENTION

1. Defendant has been charged with a drug offense, the maximum penalty of which is in excess of ten years. There is therefore a rebuttable presumption against defendant as to both dangerousness and flight risk, under 18 U.S.C. § 3142(e).

2. Defendant poses a risk of flight based on his attempt to flee from law enforcement at the time of his arrest when he was found in possession of a firearm and controlled substances. He poses a danger to the community based upon his extensive criminal history including a prior federal conviction, with numerous violations of supervision, and absconded from court supervision on a least five occasions. Defendant does not contest detention at this time.

3. There does not appear to be any condition or combination of conditions that will reasonably assure the defendant's appearance at future Court hearings while addressing the danger to other persons or the community.

It is therefore ORDERED:

1. Defendant shall be detained pending trial, and committed to the custody of the Attorney General for confinement in a correction facility separate, to the extent practicable, from persons awaiting or serving sentences or being held in custody pending appeal;

2. Defendant shall be afforded reasonable opportunity for private consultation with counsel;

3. On order of the United States or on request of an attorney for the Government, the person in charge of the corrections facility in which defendant is confined shall deliver the defendant to a United States Marshal for the purpose of an appearance in connection with a court proceeding; and

4. The Clerk shall direct copies of this Order to counsel for the United States, to counsel for the defendant, to the United States Marshal, and to the United State Probation Services Officer.

DATED this 7th day of March, 2023.

S. KATE VAUGHAN
United States Magistrate Judge

DETENTION ORDER
PAGE -3